ROSHKA DEWULF & PATTEN, PLC
ONE ARIZONA CENTER
400 EAST VAN BUREN STREET, SUITE 800
PHOENIX, ARIZONA 85004
TELEPHONE NO 602-256-6100
FACSIMILE 602-256-6800

Name and State Bar No.:   Paul J. Roshka, Jr./#009285
J. Matthew Derstine/#011448
Jeffrey D. Gardner/#21783

Attorneys for Donald Nelson, Roger D. and Mary J. Bergeson, Paul and Lisa Bonini, The S. Kent Brown, M.D., P.C., Profit Sharing Plan, Account No. 2, A. Craig Buchanan, The Devin M. and Erin C. Cunning Family Trust, Alan M. Fisher IRA, Charles A. Haerter, The Martha Haerter Family Trust, The E. Franklin Livingstone IRA, Roger and Gwenna J. Marquis

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **In Re:** | **No. 0:09-BK-07205-RJH** |
| **Eagle Storage & Development, LLC,** | **NOTICE OF WITHDRAWAL** |
| **EIN: 56-2318725** | |
| **Debtor.** | |

**NOTICE IS HEREBY GIVEN** that attorneys Paul J. Roshka, Jr., J. Matthew Derstine, Jeffrey D. Gardner and the law firm of Roshka DeWulf & Patten, PLC, are no longer representing Donald Nelson, Roger D. and Mary J. Bergeson, Paul and Lisa Bonini, The S. Kent Brown, M.D., P.C., Profit Sharing Plan, Account No. 2, A. Craig Buchanan, The Devin M. and Erin C. Cunning Family Trust, Alan M. Fisher IRA, Charles A. Haerter, The Martha Haerter Family Trust, The E. Franklin Livingstone IRA, Roger and Gwenna J. Marquis and hereby withdraw their appearance in the above-captioned matter.

The above named clients have been added as creditors to the Master Mailing List.

. . .

. . .

. . .

DATED this 5th day of August, 2009.

ROSHKA DeWULF & PATTEN, PLC

By  /s/   J. Matthew Derstine
  J. Matthew Derstine
  One Arizona Center
  400 East Van Buren Street, Suite 800
  Phoenix, Arizona 85004

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **NOTICE OF WITHDRAWAL** was electronically filed and served on August 5, 2009 and mailed to the following:

Eagle Storage & Development, LLC
171 S. Anita Dr.
Orange, CA 92868
Debtor

Eric Slocum Sparks, Esq.
Eric Slocum Sparks, PC
110 S. Church Ave., Suite 2270
Tucson, AZ 85701
Attorney for Debtors

Edward K. Bernatavicius, Esq.
Office of the U.S. Trustee
230 N. 1st Ave., Suite 204
Phoenix, AZ 85003

   /s/    Verna Colwell

Nielson.Bowen/plds/NofWithdrawal.doc