

| | |
|---|---|
| 1 | 40 North Central Avenue<br>Phoenix, Arizona 85004-4429<br>Telephone: (602) 262-5311 |
| 2 | |
| 3 | Susan M. Freeman, State Bar No. 004199<br>Direct Dial: (602) 262-5756<br>Direct Fax: (602) 734-3824<br>E-mail: sfreeman@lrlaw.com |
| 4 | Scott K. Brown, State Bar No. 020390<br>Direct Dial: (602) 262-5321<br>Direct Fax: (602) 734-3866<br>E-mail: sbrown@lrlaw.com |
| 5 | |
| 6 | Anthony W. Austin, State Bar No. 025351<br>Direct Dial: (602) 262-5307<br>Direct Fax: (602) 734-3829<br>E-mail: aaustin@lrlaw.com |
| 7 | *Attorneys for the Unofficial Investors Committee* |

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: September 16, 2009**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In Re: | ) | Chapter: 11 |
|---|---|---|
| EAGLE STORAGE & DEVELOPMENT, LLC, | ) ) ) | Case No. 0:09-bk-07205-RJH |
| Debtor. | ) ) ) ) ) ) | **ORDER APPROVING APPLICATION TO WITHDRAW AS COUNSEL TO THE UNOFFICIAL INVESTORS COMMITTEE** |

The Court having considered Lewis and Roca LLP's *Application to Withdraw as Counsel to the Unofficial Investors Committee*, and good cause appearing:

IT IS HEREBY ORDERED that Susan M. Freeman, Scott K. Brown, Anthony W. Austin, and the law firm of Lewis and Roca LLP, are permitted to withdraw as counsel of record for the Unofficial Investors Committee, and have no further responsibility in this matter.

DATED AND SIGNED ABOVE

2087868.1