**SIGNED.**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA


Dated: November 04, 2009

## Minute Entry



### Hearing Information:

| | |
|---|---|
| **Debtor:** | EAGLE STORAGE & DEVLOPMENT, LLC |
| **Case Number:** | 0:09-bk-07205-RJH  **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, NOVEMBER 04, 2009 01:30 PM  BULLHEAD |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

_____
RANDOLPH J. HAINES
U.S. Bankruptcy Judge

### Matter:

U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS CASE
R / M #:   130 / 0

### Appearances:

EDWARD K. BERNATAVICIUS, ATTORNEY FOR U.S. TRUSTEE
ROGER MARQUIS, CREDITOR

### Proceedings:

Mr. Bernatavicius urged the motion to convert to Chapter 7.

COURT:  IT IS ORDERED CONVERTING THIS CASE TO A CHAPTER 7.  A CHAPTER 7 TRUSTEE WILL BE APPOINTED BY THE US. TRUSTEE.

_____
RANDOLPH J. HAINES
U.S. BANKRUPTCY JUDGE