UNITED STATES BANKRUPTCY COURT District of Arizona

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 11 on 4/13/09 and was converted to a case under chapter 7 on 11/4/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
EAGLE STORAGE & DEVLOPMENT, LLC
171 S. ANITA DR.
ORANGE, CA 92868

| Case Number:<br>0:09−bk−07205−RJH | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>56−2318725 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>EAGLE STORAGE & DEVLOPMENT, LLC<br>171 S. ANITA DR.<br>ORANGE, CA 92868<br>Telephone number: | Bankruptcy Trustee (name and address):<br>MAUREEN GAUGHAN<br>PO BOX 6729<br>CHANDLER, AZ 85246−6729<br>Telephone number: 480−899−2036 |

## Meeting of Creditors

Date: **December 15, 2009**   Time: **02:00 PM**
Location: **Mohave County Superior Court, 2225 Trane Road, Courtroom S, Bullhead City, AZ**

## Deadline to File a Proof of Claim

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

For all creditors (except a governmental unit): **3/15/10**   For a governmental unit: **5/3/10**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court – Yuma<br>325 W 19th Street, Suite D<br>Yuma, AZ 85364<br>Telephone number: (928) 783−2288 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Brian D. Karth |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 11/5/09 |

## EXPLANATIONS

B9D (Official Form 9D) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Liquidation of the Debtor's Property and Payment of Creditors' Claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To make sure you receive any share of that money, you must file a Proof of Claim, as described above. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Administrative Expenses in a Converted Case | If this case converted to a Chapter 7, a request for payment of an administrative expense, incurred before conversion, under 11 USC §503(a) must be filed within 90 days after the date set for the meeting of creditors. A governmental unit must file such a request within 180 days after the date of the conversion. |
| Dismissal of Case | This case shall be dismissed if the debtor(s) fail to appear at the meeting of creditors or fail to timely file all required schedules and statements. |

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0970-0           User: urbalejoa              Page 1 of 2             Date Rcvd: Nov 05, 2009
Case: 09-07205                 Form ID: b9d                 Total Noticed: 57
```

The following entities were noticed by first class mail on Nov 07, 2009.
```
db          +EAGLE STORAGE & DEVLOPMENT, LLC,    171 S. ANITA DR.,    ORANGE, CA 92868-3319
aty         +DONALD W. HITZEMAN,    ROSENSTIEN & HITZEMAN AAPLC,    28600 MERCEDES ST., #100,
              TEMECULA, CA 92590-2745
aty         +EDWARD RUBACHA,    JENNINGS, HAUG & CUNNINGHAM,    2800 N. CENTRAL AVE., #1800,
              PHOENIX, AZ 85004-1049
aty         +ERIC SLOCUM SPARKS,    ERIC SLOCUM SPARKS PC,    110 S CHURCH AVE #2270,    TUCSON, AZ 85701-7621
aty         +J. MATTHEW DERSTINE,    ROSHKA DEWULF & PATTEN, PLC,    ONE ARIZONA CENTER,
              400 E. VAN BUREN ST., #800,    PHOENIX, AZ 85004-2262
aty         +KYLE S. HIRSCH,    BRYAN CAVE LLP,    2 N. CENTRAL AVE., #2200,    PHOENIX, AZ 85004-0935
aty         +LAWRENCE E. WILK,    JABURG & WILK, P.C.,    3200 N. CENTRAL AVE., #2000,    PHOENIX, AZ 85012-2463
aty         +SCOTT K BROWN,    LEWIS & ROCA LLP,    40 N. CENTRAL AVE., #1900,    PHOENIX, AZ 85004-4446
tr           MAUREEN GAUGHAN,    PO BOX 6729,    CHANDLER, AZ 85246-6729
tr           WILLIAM E. PIERCE,    P.O. BOX 429,    CHINO VALLEY, AZ 86323-0429
cr          +DONALD NELSON,    1945 MESQUITE AVE, STE. A,    LAKE HAVASU CITY, AZ 86403-5889
cr          +David J. Kempa,    28751 Highway 74,   #B,    Lake Elsinore, CA 92532-2228
intp        +M. Neal Eckard,    c/o Lawrence E. Wilk,    Jaburg/Wilk,    3200 North Central,   Suite 2000,
              Phoenix, AZ 85012-2463
intp        +UNOFFICIAL INVESTORS COMMITTEE,    C/O SCOTT K. BROWN,    LEWIS AND ROCA LLP,
              40 NORTH CENTRAL AVENUE, SUITE 1900,    PHOENIX, AZ 85004-4446
cr           c/o Edward Rubacha Jennings, Haug & Cunningham,    2800 N Central Ave Ste 1800,
              Phoenix, AZ  85004-1049
8337967     +A. Craig Buchanan,    1703 Forest Hills Dr.,    Dixon, IL 61021-9196
8115047     +A. Craig Buchanan,    c/o J. Matthew Derstine, Esq.,    Roshka DeWulf & Patten,
              400 E. Van Buren, Suite 800,    Phoenix, AZ 85004-2262
8013169     +ANNA CORTEZ,    15326 GERKIN AVE.,    Lawndale CA 90260-2306
8013170     +AVATAR INCOME FUND I LLC,    c/o Atkinson, Hamill & Barrowclough, P.C,
              3550 N. Central Avenue, Suite 1150,    Phoenix AZ 85012-2120
8115049     +Alan M. Fisher IRA,    c/o J. Matthew Derstine, Esq.,    Roshka DeWulf & Patten,
              400 E. Van Buren, Suite 800,    Phoenix, AZ 85004-2262
8337969      Alan M. Fisher IRA,    c/o Alan M. Fisher,    3670 Homeland Dr.,    Los Angeles, CA  90008-4920
8115050     +Charles A. Haerter,    c/o J. Matthew Derstine, Esq.,    Roshka DeWulf & Patten,
              400 E. Van Buren, Suite 800,    Phoenix, AZ 85004-2262
8337970     +Charles A. Haerter, MD,    3051 Chemluevi Blvd.,    Lake Havasu City, AZ 86406-7081
8013171     +DE JUR DAVIS,    126 W. 110TH ST.,    Los Angeles CA 90061-2014
8013172     +DON NELSON,    5125 S RURAL CIR.,    Tempe AZ 85282-7008
8337968     +Devin M & Erin C Cunning Family Trust,    c/o Devin Cunning, MD,    Arizona Coast Ear Nose Throat,
              1760 McCulloch Blvd. N #100,    Lake Havasu City, AZ 86403-6559
8115048     +Devin M. & Erin C. Cunning Family Trust,    c/o J. Matthew Derstine, Esq.,
              Roshka DeWulf & Patten,    400 E. Van Buren, Suite 800,    Phoenix, AZ 85004-2262
8115040     +Donald Nelson,    c/o J. Matthew Derstine, Esq.,    Roshka DeWulf & Patten,
              400 E. Van Buren, Suite 800,    Phoenix, AZ 85004-2262
8337965     +Donald Nelson, MD,    1945 Mesquite Ave., Suite A,    Lake Havasu City, AZ 86403-5889
8337972     +E. Franklin Livingstone IRA,    c/o Frank Levingstone, MD,    Havasu Regional Medical Center,
              101 Civic Center Blvd.,    Lake Havasu City, AZ 86403-5683
8115052     +E. Franklin Livingstone IRA,    c/o J. Matthew Derstine, Esq.,    Roshka DeWulf & Patten,
              400 E. Van Buren, Suite 800,    Phoenix, AZ 85004-2262
8013173     +Eagle Management Enterprises, Inc.,    2125 Katella Avenue, Suite 350,    Anaheim CA 92806-6025
8013174     +GABOR VECSERI,    C/O LAND, HANIGAN & CARVALHO, LLP,    21021 VENTURA BLVD.,
              Woodland Hills CA 91364-2206
8013175     +JEFFREY LECKICH,    191 ADMIRAL WAY,    Costa Mesa CA 92627-1397
8013176     +JENNINGS, HAUG & CUNNINGHAM,    2800 N. CENTRAL AVE., #1800,    Phoenix AZ 85004-1049
8013177     +JERRY GOLDSTEIN,    72902 BEL AIR RD.,    Palm Desert CA 92260-6025
8061971      Jennings, Haug & Cunningham, LLP,    c/o Edward Rubacha,    2800 N Central Ave Ste 1800,
              Phoenix AZ  85004-1049
8314574     +M. Neal Eckard,    c/o Lawrence E. Wilk,    Jaburg/Wilk, P.C.,    3200 North Central Avenue,
              Suite 2000,    Phoenix, Arizona 85012-2463
8337971     +Martha Haerter Family Trust,    c/o Charles A. Haerter, MD,    3051 Chemluevi Blvd.,
              Lake Havasu City, AZ 86406-7081
8115051     +Martha Haerter Family Trust,    c/o J. Matthew Derstine, Esq.,    Roshka DeWulf & Patten,
              400 E. Van Buren, Suite 800,    Phoenix, AZ 85004-2262
8013178     +ON THE MOVE, INC.,    P O BOX 1137,    Boerne TX 78006-1137
8337966     +Paul & Lisa Bonini,    1122 Harrison St.,    San Francisco, CA 94103-4525
8115045     +Paul & Lisa Bonini,    c/o J. Matthew Derstine, Esq.,    Roshka DeWulf & Patten,
              400 E. Van Buren, Suite 800,    Phoenix, AZ 85004-2262
8013179     +QUILL CORP.,    CCS, INC.,    P O BOX 22630,    Beachwood OH 44122-0630
8115053     +Roger & Gwenna J. Marquis,    c/o J. Matthew Derstine, Esq.,    Roshka DeWulf & Patten,
              400 E. Van Buren, Suite 800,    Phoenix, AZ 85004-2262
8337973     +Roger & Gwenna Marquis,    2319 Snead Dr.,    Lake Havasu City, AZ 86406-7668
8337964     +Roger D & Mary J. Bergeson,    2744 Bass Lake Blvd.,    Orlando, FL 32806-6606
8115044     +Roger D. & Mary J. Bergeson,    c/o J. Matthew Derstine, Esq.,    Roshka DeWulf & Patten,
              400 E. Van Buren, Suite 800,    Phoenix, AZ 85004-2262
8337974     +S Kent Brown MD Profit Sharing Plan,    c/o S. Kent Brown, MD,    Havasu Surgical Center,
              1775 McCulloch Blvd.,    Lake Havasu City, AZ 86403-6549
8115046     +S. Kent Brown MD PC PSP,    c/o J. Matthew Derstine, Esq.,    Rosha DeWulf & Patten,
              400 E. Van Buren, Suite 800,    Phoenix, AZ 85004-2262
8013180     +SAMUEL McDONALD,    1712 W. 79TH ST.,    Los Angeles CA 90047-2701
8013181     +TAMYRON SHORTS,    652 E 97TH ST.,    Inglewood CA 90301-4367
8236406     +UNOFFICIAL INVESTORS COMMITTEE,    C/O SCOTT K. BROWN,    LEWIS AND ROCA LLP,
              40 NORTH CENTRAL AVENUE, SUITE 1900,    PHOENIX, ARIZONA 85004-4446
```

```
District/off: 0970-0          User: urbalejoa           Page 2 of 2                 Date Rcvd: Nov 05, 2009
Case: 09-07205                Form ID: b9d              Total Noticed: 57
```

The following entities were noticed by electronic transmission (continued)

The following entities were noticed by electronic transmission on Nov 05, 2009.
```
tr              EDI: QMGAUGHAN.COM Nov 05 2009 19:08:00      MAUREEN GAUGHAN,    PO BOX 6729,
                 CHANDLER, AZ  85246-6729
tr              EDI: BWEPIERCE.COM Nov 05 2009 19:08:00      WILLIAM E. PIERCE,    P.O. BOX 429,
                 CHINO VALLEY, AZ  86323-0429
smg             EDI: AZDEPREV.COM Nov 05 2009 19:03:00       AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
                 1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
8061471         EDI: AIS.COM Nov 05 2009 19:08:00       AMERICAN INFOSOURCE LP AS AGENT FOR,
                 FIA CARD SERVICES, NA/BANK OF AMERICA,    PO Box 248809,   Oklahoma City, OK  73124-8809
8061471         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 06 2009 07:12:30
                 AMERICAN INFOSOURCE LP AS AGENT FOR,    FIA CARD SERVICES, NA/BANK OF AMERICA,    PO Box 248809,
                 Oklahoma City, OK  73124-8809
8013167        +EDI: AZDEPREV.COM Nov 05 2009 19:03:00       ARIZONA DEPT OF REVENUE,    1600 W. MONROE,   7TH FLOOR,
                 Phoenix AZ 85007-2650
8013168         EDI: IRS.COM Nov 05 2009 19:08:00       INTERNAL REVENUE SERVICE,    210 E. EARLL ST.,
                 Phoenix AZ 85012
                                                                                                 TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AVATAR INCOME FUND I
cr              Alan M. Fisher IRA
cr              Charles A. Haerter
cr              Craig Buchanan
cr              Devin M. and Erin C. Cunning Family Trust
cr              E. Franklin Livingstone IRA
cr              Martha Haerter Family Trust
cr              Paul Bonini
cr              Roger D. Bergeson
cr              Roger Marquis
cr              S. Kent Brown, M.D., PC Profit Sharing Plan
                                                                                                TOTALS: 11, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 07, 2009**          **Signature:**        *Joseph Speetjens*