```
RYLEY CARLOCK & APPLEWHITE
One North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4417
Telephone: 602/258-7701
Telecopier: 602/257-9582

John J. Fries – 007182
jfries@rcalaw.com

Attorneys for Maureen Gaughan,
    Chapter 7 Trustee
```

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 Proceedings |
|---|---|
| EAGLE STORAGE & DEVELOPMENT, LLC, <br><br> Debtor. | Case No. 0:09-bk-07205-RJH <br><br> APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF RYLEY CARLOCK & APPLEWHITE AS COUNSEL FOR THE CHAPTER 7 TRUSTEE |

Pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, the Chapter 11 Trustee, Maureen Gaughan (the "Trustee"), applies to the Court for an order authorizing and approving the employment of Ryley Carlock & Applewhite ("RC&A"), as counsel for the Trustee in this Chapter 7 case. In support of her application, the Trustee represents the following:

1. This Court determined that a Chapter 7 Trustee should be appointed in this case and on or about November 4, 2009, the United States Trustee's office appointed Maureen Gaughan as the Chapter 7 Trustee.

2. The Trustee wishes to employ RC&A to act as counsel for her to advise and represent her with respect to matters and proceedings in the Chapter 7 case and to assist the Trustee in selling property and pursuing claims and property of the estate. To the best of the Trustee's knowledge, RC&A is disinterested and does not hold or represent an interest adverse to the estate, as is set forth in the Verified Statement of John J. Fries submitted herewith. The Trustee believes that employment of RC&A would be in the best interest of the estate.

1172611.1

3. RC&A has experienced bankruptcy and real estate attorneys with offices in both Arizona and Colorado.

4. The professional services which RC&A will render include, but are not limited to, assisting the Trustee in the performance of her duties, including the liquidation of assets, investigation, and pursuit of potential claims on behalf of the estate.

5. The Trustee initially contacted RC&A about representation in this case on or about November 4, 2009. Accordingly, the Trustee requests that RC&A be employed effective as November 4, 2009.

WHEREFORE, the Trustee requests that she be authorized to employ and appoint the firm of Ryley Carlock & Applewhite, effective November 4, 2009, to represent her in connection with the Chapter 11 case. The Trustee requests that, after appropriate application, notice and order of this Court, Ryley Carlock & Applewhite be paid its costs and fees incurred as a result of its appointment as counsel for the Trustee and that Ryley Carlock & Applewhite's fees and costs be paid on an hourly basis as set forth in the Verified Statement of John J. Fries, which is filed concurrently herewith in support of this Application.

RESPECTFULLY SUBMITTED this 23rd day of November, 2009.

By: /s/ Maureen Gaughan
Maureen Gaughan
Chapter 7 Trustee

The foregoing was electronically filed
with the U.S. Bankruptcy Court on this
23rd day of November, 2009.

A copy of the foregoing was served upon
The following parties by first-class
U.S. Mail and/or e-mail on this 23rd day of
November, 2009.

U.S. Trustee
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003

EAGLE STORAGE & DEVELOPMENT, LLC
171 S. Anita Drive
Orange, California 92868
Pro Se Debtor


By: /s/ Maureen A. Scott
    Maureen A. Scott

- 3 -